IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MCKINSEY & Co., INC. and<br>MCKINSEY RECOVERY &<br>TRANSFORMATION SERVICES<br>U.S., LLC, | §<br>§<br>§<br>§<br>§ | No. 384, 2019 |
|  Non-Parties Below,<br> Appellants, | §<br>§<br>§ | Court Below:<br>Court of Chancery |
| v. | §<br>§<br>§ | of the State of Delaware |
| ALIXPARTNERS, LLP,<br>ALIXPARTNERS HOLDINGS, LLP,<br>ALIXPARTNERS (SHANGHAI)<br>BUSINESS ADVISORY SERVICES<br>LIMITED, and ALIXPARTNERS<br>HONG KONG LIMITED, | §<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 9523-MTZ |
|  Plaintiffs-Below,<br> Appellees. | §<br>§<br>§ | |

Submitted: March 25, 2020
Decided: March 26, 2020

Before **VALIHURA**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 26th day of March 2020, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its bench ruling on May 2, 2019; and its Order Denying Plaintiffs' Motion for Reargument dated August 19, 2019;

NOW, THEREFORE, IT IS ORDERED that the judgments of the Court of Chancery be, and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice